**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roscoe Dungee MEADOWS,**
**Defendant–Appellant.**

**No. 02–11160.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Oct. 17, 2003.

Vicki H. Lamberson, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

Ira Raymond Kirkendoll, Federal Public Defender, Kevin Blake Ross, Federal Pub-

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lic Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM.*

Roscoe Dungee Meadows appeals his 36–month sentence for wire fraud. 18 U.S.C. § 1343. He argues that the district court clearly erred in calculating the amount of loss to Cornerstone Financial Services (CFS). Meadows argues that the court erred in assessing no value to the two wrecked trucks that were repossessed. In light of CFS's unsuccessful attempts to sell the parts of the wrecked trucks, the district court's determination that the amount of loss was more than $20,000 was plausible and thus not clearly erroneous. *See United States v. Ismoila*, 100 F.3d 380, 396 (5th Cir.1996).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

